AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CARLOS R. BALL,**

    **Plaintiff,**

**v.**

**TENNESSEE VALLEY AUTHORITY, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  2:13-cv-904
CHIEF JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed February 10, 2015, JUDGMENT is hereby entered DISMISSING this case without prejudice.**

Date:  February 10, 2015        RICHARD W. NAGEL, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk